# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CASTANGO, ) | 3:04-CV-0496-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | December 15, 2005 |
| STATE OF NEVADA, et al., ) | |
| Defendants. ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Leave of Incarcerated Person to Depose Defendants (Doc. #28).  There are two problems with the Motion.

First, the discovery period in this case has closed (Doc. #22).

Second, any depositions taken by the Plaintiff would have to be transcribed by a court reporter.  As Plaintiff is indigent he is unable to pay for the services of a court reporter and the cost of the transcripts.  There is no provision in the Federal Rules of Civil Procedure or case law that allows the shifting of those costs to the Defendants.

Therefore, Plaintiff's Motion for Leave of Incarcerated Person to Depose Defendants (Doc. #28) is **DENIED**.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
/s/
By:_____
Deputy Clerk